UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JENNY HWANG, on behalf of herself and
all others similarly situated,

                Plaintiff,                          JUDGMENT
      v.                                              23-CV-5336 (NGG) (RML)

COUPLE SPA 65, INC.,

                Defendant.
----------------------------------------------------------------X

       A Memorandum and Order of the Honorable Nicholas G. Garaufis, United States District Judge, having been filed on September 23, 2025, adopting the Report and Recommendation of Magistrate Robert M. Levy, dated August 18, 2025, granting in part Plaintiff's second motion for default judgment; and denying it in part; it is

       ORDERED and ADJUDGED that Plaintiff's second motion for default judgment is granted in part and denied it in part; that default judgment is entered against Couple Spa 65, Inc.; Couple Spa 65, Inc. is enjoined from discriminating against Jenny Hwang; Couple Spa 65, Inc. is directed to submit to counsel for Jenny Hwang an implementation plan that remedies the violations identified in the R&R within 60 days of this Memorandum & Order; Jenny Hwang is directed to consent or seek further relief from the court within 30 days of receipt of Couple Spa 65, Inc.'s implementation plan; and Couple Spa 65, Inc. is directed to make the necessary changes within 60 days of Jenny Hwang's consent or any other ruling from the court on Jenny Hwang's requested for further relief; Jenny Hwang is awarded $1,000.00 in compensatory damages under the NYSHRL and NYCHRL; Jenny Hwang's request for declaratory relief is denied; and Jenny Hwang is directed to file a motion for attorneys' fees and costs within 30 days of this Memorandum & Order.

Dated: Brooklyn, New York  
       September 24, 2025

Brenna B. Mahoney  
Clerk of Court

By:   <u>*/s/Jalitza Poveda*</u>  
       Deputy Clerk